The document below is hereby signed.

Signed: December 01, 2009.



_____
S. Martin Teel, Jr.
United States Bankruptcy Judge

```
                UNITED STATES BANKRUPTCY COURT
                  FOR THE DISTRICT OF COLUMBIA
```

In re                              )
                                   )
BARRY DOUGLAS,                     )   Case No. 09-00491
                                   )   (Chapter 11)
        Debtor.                    )   **Not for Publication in**
                                   )   **West's Bankruptcy Reporter**

MEMORANDUM DECISION REGARDING
DEBTOR'S MOTION FOR RECONSIDERATION OF ORDER
DENYING DEBTOR REQUEST FOR RELEASE OF FUNDS TO DEBTOR
DUE TO CURRENT CONVERTED CHAPTER 11 CASE STATUS AND RIGHTS
<u>GRANTED BY AVOIDING POWERS AS CHAPTER 11 DEBTOR-IN-POSSESSION</u>

On November 23, 2009, the debtor filed a motion (titled "DEBTOR'S MOTION FOR RECONSIDERATION OF ORDER DENYING DEBTOR REQUEST FOR RELEASE OF FUNDS TO DEBTOR DUE TO CURRENT CONVERTED CHAPTER 11 CASE STATUS AND RIGHTS GRANTED BY AVOIDING POWERS AS CHAPTER 11 DEBTOR-IN-POSSESSION") (Dkt. No. 97) that only regurgitates grounds for relief that were already asserted in his Motion to Vacate Order for Offset and Release of Funds to Debtor under Rights Granted by Avoiding Power (Dkt. No. 92, filed October 28, 2009) that was pending when he filed this most recent motion.  Based on the Memorandum Decision of this date addressing the debtor's earlier motion, the court will deny this most recent

motion as well.  The debtor is cautioned that if he persists in filing repetitive motions asserting only the same grounds for relief as were asserted in a prior motion, the court may enter an order requiring him to obtain court permission before he is allowed to file any further motions in this case.  An order follows.

                                              [Signed and dated above.]

Copies to: Debtor; Jeffrey A. Vogleman, attorney for Western Federal Credit Union; Office of United States Trustee.