The order below is hereby signed.

Signed: February 03, 2010.



_____
S. Martin Teel, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re                              )
                                   )
BARRY DOUGLAS,                     )    Case No. 09-00491
                                   )    (Chapter 11)
          Debtor.                  )
                                   )

MEMORANDUM DECISION AND ORDER DENYING
MOTION FOR EXTENSION TO FILE NOTICE OF APPEAL

The debtor has filed a motion (Dkt. No. 111) to enlarge the time to take an appeal from this court's Order Denying Debtor's Request for Clarification in Motion for Reconsideration of Order Denying Debtor's Request.  That order denied a motion filed on December 29, 2009, seeking reconsideration of an order entered on December 1, 2009.  That motion was filed beyond the 14-day deadline of Fed. R. Bankr. P. 9023, and did not alter the time for taking an appeal from the order entered on December 1, 2009. The debtor cannot utilize an appeal from the Order Denying Debtor's Request for Clarification in Motion for Reconsideration of Order Denying Debtor's Request as a vehicle for appealing the earlier order as to which appeal is now time-barred.  The debtor's Request for Clarification in Motion for Reconsideration

of Order Denying Debtor's Request set forth no grounds for relief under Fed. R. Bankr. P. 9024.  Accordingly, an appeal would be pointless.  It is thus

    ORDERED that the Motion for Extension to File Notice of Appeal (Dkt. No. 111) is DENIED.

                                       [Signed and dated above.]

Copies to: Debtor; United States Trustee.